IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| JAMES WILLIAM LOVELACE, | |
|---|---|
| Petitioner, | |
| v. | Case No. CIV-07-224-RAW |
| BRICE HOWARD, Warden, | |
| Respondent. | |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, the court hereby enters this Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 17th day of September, 2010.

**Dated this 17th Day of September 2010.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0